WR-59,201-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/17/2015 11:23:32 AM
Accepted 11/17/2015 12:55:29 PM
ABEL ACOSTA
CLERK

**WR 59,201-03**

RECEIVED
COURT OF CRIMINAL APPEALS
11/17/2015
ABEL ACOSTA, CLERK

**EX PARTE RICHARD VASQUEZ**

\* \* \*

IN THE DISTRICT COURT
148TH DISTRICT
NUECES COUNTY, TEXAS

Returnable to

THE TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

\* \* \*

**STATE'S MOTION TO LIFT STAY OF EXECUTION AND TO DISMISS AS ABUSIVE SUBSEQUENT 11.071 APPLICATION FOR WRIT OF HABEAS CORPUS**

Douglas K. Norman
State Bar No. 15078900
Assistant District Attorney
105th Judicial District of Texas
901 Leopard, Room 206
Corpus Christi, Texas 78401
(361) 888-0410
(361) 888-0399 (fax)
douglas.norman@nuecesco.com

Attorney for the State

1

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| | § | 148TH JUDICIAL DISTRICT |
| | § | |
| RICHARD VASQUEZ | § | NUECES COUNTY, TEXAS |

COMES NOW the State of Texas, by and through its Assistant District Attorney for the 105th Judicial District of Texas, and pursuant to Texas Code of Criminal Procedure arts. 11.071 and 11.073, files this motion to lift stay of execution and to dismiss as abusive the present subsequent application for writ of habeas corpus.

By its order of April 20, 2015, this Court more than six months ago stayed Applicant's execution, pending further order. No additional briefing was ordered, nor has the posture of the case changed in the interim. For the reasons expressed in its previously-filed motion to dismiss, the State respectfully requests the Court to revisit the issue of whether Applicant is entitled to relief in this matter.

## PRAYER

WHEREFORE, the State prays that the Court will lift stay of execution and dismiss as abusive the present subsequent application for writ of habeas corpus.

Respectfully submitted,

/s/ *Douglas K. Norman*

_____
Douglas K. Norman
State Bar No. 15078900
Assistant District Attorney
105th Judicial District of Texas
901 Leopard, Room 206
Corpus Christi, Texas 78401
(361) 888-0410
(361) 888-0399 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of this document was e-served on November 17, 2015, on Applicant's attorneys, Mr. Andrew M. Edison, Andrew.edison@emhllp.com, and Mr. James Chambers, james.chambers@emhllp.com.

/s/ *Douglas K. Norman*

_____
Douglas K. Norman